This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MARTIAS ACOSTA and**
**MARIA ACOSTA,**

    Plaintiffs-Appellees,

v.                                   **NO. 30,003**

**JOHN H. HENDRIX CORPORATION and**
**TOMMY CARRUTH,**

    Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**William G. Shoobridge, District Judge**

Trenchard & Hoskins
Robert Trenchard, Jr.
Paul G. Tellez
El Paso, TX

for Appellees

Hinkle, Hensley, Shanor & Martin, L.L.P.
Richard E. Olson
Lucas M. Williams
Roswell, NM

for Appellants

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**IT IS SO ORDERED.**

 

                                        _____

                                        **CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

_____

**MICHAEL D. BUSTAMANTE, Judge**

_____

**CELIA FOY CASTILLO, Judge**